**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**LUCY CLARK**                                                                                                    **PLAINTIFF**

**V.**                                                                                          **NO. 3:26-CV-102-DMB-RP**

**MICHAEL ROSENTHAL
and KEVIN MCCLANAHAN**                                                                    **DEFENDANTS**

**<u>ORDER</u>**

On April 29, 2026, United States Magistrate Judge Roy Percy issued a report ("R&R") recommending that Lucy Clark's complaint be dismissed.[1]  Doc. #4.  The R&R warned that "[a] party's failure to file written objections to the proposed findings, conclusions, and recommendations in a magistrate judge's [R&R] within 14 days after being served with a copy bars that party from: (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, … and (2) appellate review, except on grounds of plain error, of unobjected-to proposed factual findings and legal conclusions accept[ed] by the district court." *Id.* at 2 (emphasis in original).

Under 28 U.S.C. § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made."  "[P]lain error review applies where, as here, 'a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court' despite being 'served with notice of the consequences of failing to object.'"  *Ortiz v. City of San Antonio Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015) (quoting *United States ex rel. Steury v. Cardinal Health, Inc.*, 735 F.3d 202, 205 n.2 (5th Cir. 2013)).  "[W]here there is no objection, the Court need only determine whether the [R&R] is

---

[1] The same day Clark filed her complaint, she filed a motion to proceed without prepaying fees or costs.  Doc. #2.

clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

Because the Court reviewed the R&R for plain error and concludes that the R&R is neither clearly erroneous nor contrary to law, the R&R [4] is **ADOPTED** as the order of the Court. This case is **DISMISSED without prejudice**.[2]

**SO ORDERED**, this 18th day of May, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[2] Consequently, Clark's motion to proceed without prepaying fees or costs is terminated.

2